IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN ANTHONY CHANDLER,
D.O.C. # 400181,

    Plaintiff,

v.                                              4:21cv155–WS/MAF

SERGEANT A. VANSUCH, and
CAPTAIN NATHAN STRAWN,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 34) docketed April 6, 2022. The magistrate judge recommends that Defendants' motion to dismiss (ECF No. 23) be granted in part and denied in part. In particular, the magistrate judge recommends that Defendants' motion to dismiss (1) be granted as to Plaintiff's Eighth Amendment claim for deliberate indifference to Plaintiff's serious medical needs; (2) be granted to the extent Plaintiff asserts claims against Defendants in their official capacities; and (3) be denied as to Plaintiff's Eighth Amendment claim for use of excessive force. Plaintiff has filed

objections (ECF No. 37) directed to the to the magistrate judge's report and recommendation regarding his deliberate indifference claim.

Having reviewed the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that the brief and conclusory allegations in Plaintiff's amended complaint fall short of stating an Eighth Amendment claim for deliberate indifference to Plaintiff's serious medical needs.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 34) is hereby ADOPTED and incorporated by reference in this order.

2. Defendants' motion to dismiss (ECF No. 23) is GRANTED as to Plaintiff's Eighth Amendment claim for deliberate indifference to Plaintiff's serious medical needs. Defendants' motion to dismiss (ECF No. 23) is also GRANTED to the extent, if any, Plaintiff asserts claims against Defendants in their official capacities.

3. Defendants' motion to dismiss (ECF No. 23) is DENIED as to Plaintiff's excessive force claim against Defendants in their individual capacities.

4. Plaintiff's claim against Defendants for deliberate indifference to Plaintiff's serious medical needs is hereby DISMISSED.

5. Defendants shall file an answer to Plaintiff's amended complaint within ten (10) days of the date this order is entered on the docket.

6. The clerk shall REMAND the case to the magistrate judge for further proceedings regarding Plaintiff's excessive force claim against Defendants in their individual capacities.

DONE AND ORDERED this ___27th___ day of ___May___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE