IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN ANTHONY CHANDLER,

    Plaintiff,

v.                                                                                                                         4:21cv155–WS/MAF

SERGEANT A. VANSUCH, and
CAPTAIN NATHAN STRAWN,

    Defendants.

_____

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

    Before the court is the magistrate judge's second report and recommendation (ECF No. 62) docketed June 12, 2023. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 54) be granted. Plaintiff has filed objections (ECF No. 65) to the report and recommendation.

    Having considered the record in light of Plaintiff's objections, the court finds that Defendants' motion for summary judgment is due to be granted. Like the magistrate judge, the undersigned finds that Plaintiff's excessive-force claim fails because Plaintiff failed to show that Defendants' alleged use of force caused him serious injury.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 62) is ADOPTED and incorporated into this order.

2. Defendants' motion for summary judgment (ECF No. 54) is GRANTED.

3. The clerk shall enter judgment in favor of Sergeant Vansuch and Captain Strawn, and against Plaintiff Chandler, stating: "Plaintiff's claims against Defendants are dismissed with prejudice."

DONE AND ORDERED this __26th__ day of __July__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE